**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

Regina T. Greene
　　　Plaintiff,

vs.

Cube Hub and Kimberly Clark
　　　Defendant(s)

:
:
:
:
:
:
:
:

Civil Action No. 22-cv-78-JB-N

FILED FEB 22 '22 PM 4:53 USDCALS

**COMPLAINT**

1. Plaintiff resides at 5312 Lansdowne Dr., Mobile, AL. 36693

2. Name(s) of defendant(s) Cube Hub and Kimberly-Clark

3. Location of principal office(s) of the named defendant(s) Cube Hub, 55 E. Monroe St., Ste 3800, Chicago, IL. 60603 Kimberly-Clark 200 Bay Bridge Rd. Mobile, AL. 36610

4. Nature of business of defendant(s) Recruiting Service (Cube Hub) for Client (Kimberly-Clark)

5. Approximate number of individuals employed by defendant(s) Approx. 200-500

6. The acts complained of in this suit concern:

　(A) ✓ Failure to employ me.

　(B) _____ Termination of my employment.

　(C) _____ Failure to promote me.

　(D) ✓ Other acts as specified below: Recruiter/Client recruitment job placement abuse in interview and hiring under the equal employment law, act of discrimination due to race, sex, and disability, and the act of fair wage discrimination.

Rev. 8/2015

7.  Plaintiff is:

(A) _____ Presently employed by the defendant.

(B) _✓_ Not presently employed by the defendant.

The dates of employment were _____

(1) _____ Plaintiff was discharged.

(2) _____ Plaintiff was laid off.

(3) _____ Plaintiff left the job voluntarily.

8.  Defendant(s) discriminated against me on account of my:

(A) _✓_ Race          _✓_ Sex

_✓_ Color          _____ National Origin

_____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII

of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) _✓_ Physical disability

_____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act,

specifically, 42 U.S.C. § 12117.

(C) _✓_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

Act of 1967, specifically, 29 U.S.C. § 626.

9.  The name(s), race, sex, and the position or title of the individual(s) who allegedly

discriminated against me during the period of my employment with the defendant company is

(are) _Anita K./Recruiter w/Cube Hub, Cube Hub and Kimberly-Clar_

10. The alleged discrimination occurred on or about _9/13/2021_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: I was discriminated against in the recruitment, interview, hiring and job placement process by Cube Hub and Kimberly-Clark. I was discriminated for an equal employment opportunity due to my race, sex, color, age, and disability and discriminated against for fair wage. (See Attached Letter of Complaint to Cube Hub + Kimberly Clark, Dated 9/15/21

12. The alleged illegal activity took place at Online via email communication with the Recruiter of Cube Hub, Anita K. whom stated she withdrew my application since I was not interested, which is a fabricated and she did this

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged act without my knowledge and consent directly notifying Kimberly Clark without my knowledge and consent

discriminatory conduct by defendant(s) on or about ___9/15/2021___

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission. This letter was received by me on ___2/17/2022___

14. I seek the following relief:

(A) __✓__ Recovery of back pay / loss pay

(B) __✓__ Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: ___2/22/2022___

___Regina T. Greene___
Signature of Plaintiff

___5312 Lansdowne Drive___
___Mobile, AL. 36693___
Address of Plaintiff

___(251) 786 - 8556___
Telephone Number of Plaintiff