IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINA T. GREENE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:22-00078-JB-N |
| | ) |
| **CUBE HUB** *and* | ) |
| **KIMBERLY CLARK,** | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed or filing fee paid, the Report and Recommendation of the Magistrate Judge (Doc. 4) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 11, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) *sua sponte* for failure to pay the filing fee for this action as ordered.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 2nd day of May, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE