IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA T. GREENE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:22-00078-JB-N |
| ) | |
| CUBE HUB *and* ) | |
| KIMBERLY CLARK, ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants and against the Plaintiff, with all claims **DISMISSED without prejudice**.

**DONE and ORDERED** this 2nd day of May, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE